UNITED STATES of America,
Plaintiff–Appellee,

v.

Guerly ALEXIS, a.k.a. BO,
Defendant–Appellant.

No. 10–14881
Non–Argument Calendar.

United States Court of Appeals,
Eleventh Circuit.

Nov. 30, 2011.

Robert G. Davies, Randall Joseph Hensel, Benjamin W. Beard, Thomas F. Kirwin, U.S. Attorney's Office, Pensacola, FL, for Plaintiff–Appellee.

E. Brian Lang, E. Brian Lang & Associates, Pensacola, FL, Guerly Alexis, FCI, Williamsburg–Inmate Legal Mail, Salters, SC, for Defendant–Appellant.

Before CARNES, PRYOR and KRAVITCH, Circuit Judges.

PER CURIAM:

E. Brian Lang, appointed counsel for Guerly Alexis in this direct criminal ap-

peal, has moved to withdraw from further representation of the appellant and has filed a brief pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no issues of arguable merit, counsel's motion to withdraw is **GRANTED,** and Alexis's conviction and sentence are **AFFIRMED.**